

NUMBER 13-16-00378-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ROSEMARY HALL, BSN, RN,                                              Appellant,

v.

DALLAS COUNTY HOSPITAL
DISTRICT, D/B/A PARKLAND
HEALTH AND HOSPITAL SYSTEMS,                                    Appellee.

On appeal from the 126th District Court
of Travis County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Rosemary Hall, BSN, RN, attempted to perfect an appeal from an order

granting a motion to transfer venue to Dallas County, Texas, entered by the 126th District

Court of Travis County, Texas, in cause number D-1-GN-15-005652.[1]  Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not a final appealable order.   The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.   *See* TEX. R. APP. P. 37.1, 42.3.   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction.   Appellant filed documents in response.

Texas appellate courts have jurisdiction only over final orders or judgments unless a statute permits an interlocutory appeal.   *Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007).   An appeal from a trial court's venue determination may not be reviewed by interlocutory appeal.   TEX. CIV. PRAC. & REM. CODE ANN. §15.064(a) (West, Westlaw through 2015 R.S.); *Electronic Data Sys. Corp. v. Pioneer Elecs. (USA) Inc.*, 68 S.W.3d 254, 257 (Tex. App.—Fort Worth 2002, no pet.).   Based on the record before us, it appears that the trial court has not yet rendered a final judgment in trial court cause number D-1-GN-15-005652.

Appellant seeks to appeal from the trial court's interlocutory order transferring venue from Travis County to Dallas County.   Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.   *See id.* 42.3(a).   All pending motions are likewise DISMISSED.

PER CURIAM

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.).

Delivered and filed the
2nd day of September, 2016.